AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Tina Wells,

   Plaintiff(s)    )
           ) **APPEARANCE**
           )
   vs.       ) CASE NUMBER 1:06-cv-02033-EGS
           )
Intersolutions, Inc., et al.   )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Adam M. Chud__ as counsel in this
             (Attorney's Name)

case for: __Plaintiffs__
     (Name of party or parties)

January 11, 2007        _/s/ Adam Chud_
Date               Signature

               ADAM CHUD
468443            Print Name
BAR IDENTIFICATION
               Goodwin Procter LLP, 901 NY Ave, NW.
               Address

               Washington, DC 20001
               City   State   Zip Code

               202-346-4000
               Phone Number