AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

TINA WELLS, et al.

    Plaintiff(s)    )
                        )   APPEARANCE
                        )
                        )
    vs.                  )   CASE NUMBER   06-02-33 (EGS)
INTERSOLUTIONS, INC., et al.   )
                        )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Thomas J. Mikula__ as counsel in this
                                  (Attorney's Name)

case for: __Tina Wells and Everett Bethea__
              (Name of party or parties)

February 5, 2007
Date

*/s/ Thomas J. Mikula*
Signature

Thomas J. Mikula
Print Name

396015
BAR IDENTIFICATION

901 New York Avenue, N.W.
Address

Washington, D.C.   20001
City    State    Zip Code

(202) 346-4125
Phone Number