AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

TINA WELLS, et al.

      Plaintiff(s)      )  
                              )      **APPEARANCE**  
                              )  
           vs.              )      CASE NUMBER    1:06-CV-02033-EGS  
INTERSOLUTIONS, INC., et al.     )  
                              )  
      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Carolyn Weiss__ as counsel in this
                             (Attorney's Name)

case for: __Plaintiffs__
          (Name of party or parties)

February 8, 2007  
Date

*Carolyn Weiss* (signature)  
Signature  
Carolyn Weiss  
Print Name

480697  
BAR IDENTIFICATION

11 Dupont Circle, N.W., Suite 400  
Address

Washington, D.C. 20036  
City    State    Zip Code

202-319-1000  
Phone Number