AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

TINA WELLS, et al.

      Plaintiff(s)   )   **APPEARANCE**

vs.   )   CASE NUMBER 1:06-CV-02033-EGS
INTERSOLUTIONS, INC., et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Susan Huhta__ as counsel in this
                              (Attorney's Name)

case for: __Plaintiffs__
            (Name of party or parties)

February 8, 2007
Date

/s/ Susan E. Huhta
Signature

Susan Huhta
Print Name

453478
BAR IDENTIFICATION

11 Dupont Circle, N.W., Suite 400
Address

Washington, D.C. 20036
City    State    Zip Code

202-319-1000
Phone Number