IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TINA WELLS, and ) | | |
| LAWRENCE EVERETT BETHEA II ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 06-02033 (EGS) | |
| ) | | |
| INTERSOLUTIONS, INC., ) | | |
| DREW GOLIN, and ) | | |
| SARAH WALDER ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY AND SURREPLY TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs hereby move this Court for leave to a file a surreply to defendants' reply brief. In their reply brief, defendants assert that plaintiffs' opposition to defendants' motion to dismiss was filed out of time – one day late – and should therefore be disregarded. Plaintiffs seek leave to file this surreply in order to respond. Plaintiffs' opposition brief was timely, and defendants' arguments to the contrary are incorrect and should be disregarded.

Plaintiffs' opposition brief was timely filed. Defendants filed their motion to dismiss on February 7, 2007. Under Local Civil Rule No. 7(b), plaintiffs have eleven days from the date of service to oppose defendants' motion to dismiss. As defendants calculate, this time period ended on February 20, 2007. However, Federal Rule of Civil Procedure 6(e) provides an additional three days beyond when the prescribed period for submitting the brief would otherwise expire for, *inter alia*, papers served by electronic means. Plaintiffs' opposition was therefore due on Friday, February 23, 2007. *See also Jackson-Spells v. Rumsfeld*, 457 F. Supp. 2d 39, 39 (D.D.C.

2006) (applying rule). Consequently, plaintiffs' opposition, filed on Wednesday, February 21, 2007, was timely filed.

## CONCLUSION

Plaintiffs request that this court grant plaintiffs' motion to file this surreply and, for the reasons stated above and the reasons stated in plaintiffs' opposition brief, deny defendants' motion to dismiss.

Dated: March 1, 2007

Respectfully submitted,

\_\_\_\_//s//_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
  Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax: (202) 319-1010

*Counsel for Tina Wells and Lawrence Everett Bethea II*