IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA WELLS, ) | |
| ) | |
| LAWRENCE EVERETT BETHEA II ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:06-cv-02033-EGS |
| ) | |
| INTERSOLUTIONS, INC., ) | |
| DREW GOLIN, ) | |
| SARAH WALDER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL**

PLEASE TAKE NOTICE THAT Jeremy W. Brewer, pursuant to D.C. District Court Local Civil Rule 83.6(b), withdraws his appearance on behalf of Defendants InterSolutions, Inc., Drew Golin and Sarah Walder ("Defendants").  No trial date has been set in this proceeding.  Manesh K. Rath, and the law firm of Keller and Heckman LLP, shall otherwise continue to represent Defendants in this litigation.

Respectfully submitted,

\_\_/s/\_Jeremy W. Brewer_____
Manesh K. Rath (D.C. Bar No. 457835)
*rath@khlaw.com*
Jeremy W. Brewer (D.C. Bar No. 488670)
*brewer@khlaw.com*

Keller and Heckman LLP
1001 G Street, N.W., Suite 500 West
Washington, D.C. 20001

Tel: (202) 434-4182
Fax: (202) 434-4646

Counsel for Defendants


__/s/_John Wagithuku_____
John Wagithuku
Chief Executive Officer
InterSolutions, Inc.
1418 Pennsylvania Avenue, S.E.
Washington, DC 20003

__/s/ Sarah Walder_____
Sarah Walder


__/s/ Drew Golin _____
Drew Golin

2

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on March 7, 2007, a copy of the foregoing was served by CM/ECF software to:

Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax.: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
    Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 319-1000
Fax.: (202) 319-1010

Counsel for Plaintiffs
Chanel Cryer, et al.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy W. Brewer