IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TINA WELLS, and <br> LAWRENCE EVERETT BETHEA II <br><br> Plaintiffs, <br><br> v. <br><br> INTERSOLUTIONS, INC., <br> DREW GOLIN, and <br> SARAH WALDER <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 06-02033 (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SETTLEMENT STATUS

On May 25, the parties to this action advised the Court that they had signed an agreement in principle to settle this action, and represented that they would seek the Court's approval of the settlement within seven days. The parties have exchanged drafts of a settlement agreement and release and have agreed on nearly all remaining issues. The parties expect to reconvene and resolve the final issues on Monday, June 4, and will further apprise the Court of the status of settlement.

DATE: June 1, 2007

Respectfully submitted,

_____
Thomas J. Mikula (D.C. Bar No. 396105)
Adam M. Chud (D.C. Bar No. 468443)
Sarah S. Keast (D.C. Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4999

Susan E. Huhta (D.C. Bar No. 453478)
Carolyn P. Weiss (D.C. Bar No. 480697)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C.  20036
Tel.: (202) 319-1000
Fax:  (202) 319-1010

*Counsel for Plaintiffs*