IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TINA WELLS, and )
LAWRENCE EVERETT BETHEA II )
    Plaintiffs, )
)
v. ) Case No. 06-02033 (EGS)
)
INTERSOLUTIONS, INC., )
DREW GOLIN, and )
SARA WALDER )
    Defendants. )

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiffs and Defendants, by their undersigned counsel, stipulate that the above-entitled action be dismissed with prejudice.

DATED:    June 20, 2007

_____
Thomas J. Mikula (Bar No. 396105)
Adam M. Chud (Bar No. 468443)
Sarah S. Keast (Bar No. 493632)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4999

Susan E. Huhta (Bar No. 453478)
Carolyn P. Weiss (Bar No. 480697)
Washington Lawyers' Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, Suite 400
Washington, D.C. 20036
(202) 319-1000 (phone)
(202) 319-1010 (fax)
Attorneys for Plaintiffs

_____
Manesh K. Rath (Bar No. 457835)
Keller & Heckman LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Tel.: (202) 434-4100
Fax: (202) 434-4646
Attorneys for Defendant